IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Carmen Gonzalez, ) | C/A No.: 1:20-1169-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Andrew M. Saul, ) | |
| Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant Andrew M. Saul, Commissioner of the Social Security Administration ("Commissioner"), by his attorneys, Peter M. McCoy, Jr., United States Attorney for the District of South Carolina, and Barbara M. Bowens, Assistant United States Attorney for the District of South Carolina, has moved this court pursuant to 42 U.S.C. § 405(g) to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings. [ECF No. 15]. The movant represents that Plaintiff's counsel, Laura P. Valtorta, consents to the motion. *Id.*

By order of the court, this case is remanded to the Appeals Council. The Appeals Council will direct the Administrative Law Judge to reevaluate the evidence, hold a hearing, and issue a new decision.

Pursuant to the power of this court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social

Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further administrative proceedings as set out above. *See Shalala v. Schaefer*, 509 U.S. 292 (1993). The Clerk of Court is directed to enter a separate judgment pursuant to the Fed. R. Civ. P. 58.

    IT IS SO ORDERED.

December 15, 2020                         Shiva V. Hodges
Columbia, South Carolina        United States Magistrate Judge